# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ANTONIO R. VASQUEZ, Register No. 505273, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARLAN HATTON, et al., ) <br> ) <br> Defendants. ) | No. 04-4201-CV-C-NKL |

## ORDER

Because of the recent appointment of counsel on behalf of plaintiff in this case and the extension of time for completion of discovery, which may make defendants' previous motions for summary judgment obsolete, it is

ORDERED that defendants' January 31, 2006 motions for summary judgment are denied, without prejudice, subject to refiling [65, 67, 69].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: June 28, 2006
Jefferson City, Missouri